# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| MORGAN A. TAYLOR, on behalf of herself and all others similarly situated, | * * * | |
| Plaintiff, | * | Case No. 1:17-cv-00599-AT |
| | * | |
| v. | * | |
| | * | |
| PROFESSIONAL PLACEMENT SERVICES, LLC and KOHL'S DEPARTMENT STORES, INC., | * * * | |
| Defendants. | * | |
| | * | |

## PLAINTIFF'S UNOPPOSED MOTION FOR
## PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Morgan A. Taylor moves this Court to preliminarily approve a class action settlement reached with Defendant Professional Placement Services, LLC ("PPS"), on behalf of herself and the following class:

> [T]he persons to whom a voicemail message was successfully transmitted to such person's cellular telephone voicemail by Professional Placement Services, LLC through use of VoAPPs, where there was a coding change from "C to B" as to the cellular telephone number, where any such successful transmission was made between November 18, 2012 through and including May 30, 2018, limited to subscribers or regular users of the telephone numbers on the Class List during that period.

The Settlement requires PPS to create a non-reversionary $1.7 million settlement

fund. Each participating class member will be entitled to his or her pro rata share of the Settlement Fund, less the costs of notice and claims administration, any attorneys' fees and expenses awarded, and any incentive award to Ms. Taylor.

Plaintiff's counsel—whose qualifications include substantial experience with Telephone Consumer Protection Act ("TCPA") class actions—believe the parties' settlement is fair, reasonable, and adequate, and in the best interests of the members of the class. Plaintiff's counsel also believe the benefits of the parties' settlement far outweigh the delay and considerable risk of proceeding to trial.

Plaintiff, therefore, respectfully asks that this Court: (1) direct notice pursuant to the parties' proposed notice plan, upon a finding that giving such notice is justified by the parties' showing that the Court will likely be able to approve the Settlement under Fed. R. Civ. P. 23(e)(2) and certify the Class for purposes of judgment on the proposal, (2) set a date for a final approval hearing, (3) set deadlines for members of the Class to submit claims for compensation, and to object to or exclude themselves from the Settlement, and (4) grant such further and other relief the Court deems reasonable and just. A proposed Preliminary Approval Order is attached as Exhibit E to the Agreement.

PPS does not oppose Plaintiff's request.

Dated: January 11, 2019       Respectfully submitted,

MORGAN A. TAYLOR, on behalf of
herself and all others similarly situated

By:  */s/ Alexander H. Burke*

    BURKE LAW OFFICES, LLC
    Alexander H. Burke (*pro hac vice*)
    Email: aburke@burkelawllc.com
    155 N. Michigan Ave., Suite 9020
    Chicago, IL 60601
    Telephone: (312) 729-5288

    SKAAR & FEAGLE, LLP
    James M. Feagle (Ga. Bar No. 256916)
    Email: jfeagle@skaarandfeagle.com
    Clifton Dorsen (Ga. Bar No. 149254)
    Email: cdorsen@skaarandfeagle.com
    2374 Main Street, Suite B
    Tucker, GA 30084
    Telephone: (404) 373-1970

    Justin T. Holcombe (Ga. Bar No. 552100)
    Email: jholcombe@skaarandfeable.com
    Kris K. Skaar (Ga. Bar No. 649610)
    Email: krisskaar@aol.com
    133 Mirramont Lake Drive
    Woodstock, GA 30189
    Telephone: (770) 427-5600

    *Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, January 11, 2019, I caused the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

    */s/ Alexander H. Burke*